ELIZABETH JOHNSON ET AL. *v.* ZONING COMMISSION
OF THE CITY OF NEW BRITAIN ET AL.

The defendant's petition for certification for appeal from the Court of Common Pleas in Hartford County is denied.

*Paul J. McQuillan,* in support of the petition.

Submitted May 21—decided May 23, 1973

TOWN OF WESTPORT *v.* THE BOSSERT CORPORATION

It appearing that the plaintiff in the above-entitled case has failed to defend against the appeal with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the case be remanded with direction to render judgment sustaining the appeal from the Superior Court in Fairfield County unless the appellee's brief is filed on or before July 16, 1973.

*George C. Guidera,* for the appellee (plaintiff).

*Harry M. Lessin,* for the appellant (defendant).

Argued June 5—decided June 5, 1973

STATE OF CONNECTICUT *v.* ARVIL LESLIE

The motion by Kenneth R. Kreiling, John R. Williams and Elliot S. Millstein for permission to withdraw their appearance on behalf of the defendant in the appeal from the Superior Court in New Haven County is denied.

*John R. Williams,* on the motion.